HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
KENDALL C. FISHER-WU, SBN 322155
kfisher-wu@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:      (916) 442-3333
Facsimile:      (916) 442-2348

*Attorneys for Defendants*
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC and CEMEX, INC.

Joshua H. Watson SBN 238058
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
jwatson@justice4you.com

*Attorneys for Plaintiff*
*Brian Brown*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN BROWN,<br><br>           Plaintiff,<br><br>      v.<br><br>CEMEX, INC.; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; and DOES 1 to 10,<br><br>           Defendants. | No. 2:22-cv-2128 WBS DB<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES** |

1    IT IS HEREBY STIPULATED AND AGREED by and between Defendants
2 CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC and CEMEX, INC.
3 ("Defendants") and Plaintiff Brian Brown ("Plaintiff")
4 (collectively, the "Parties") by and through their respective
5 attorneys of record, to (1) continue the deadline for Defendants'
6 disclosure of rebuttal experts and production of rebuttal
7 experts' reports from March 1, 2024, to April 1, 2024, which may
8 be subject to potential further extension if Defendants do not
9 timely receive the necessary and relevant medical records at
10 issue as explained below and stipulated by the Parties, including
11 but not limited to records from Plaintiff's designated expert
12 witness and treating physician; (2) continue the deadline for
13 completion of all discovery, including resolution of any
14 discovery disputes, from March 29, 2024, to April 29, 2024, on
15 the basis of the following, which establishes good cause for the
16 requested continuance:
17    1.   On February 1, 2024, Defendants timely subpoenaed
18 Plaintiff's medical records from Dr. Sharnjit S. Grewal, M.D.,
19 whom Plaintiff designated in Plaintiff's expert disclosures and
20 about whom Plaintiff identified at deposition as his treating
21 physician. Production of Dr. Grewal's records was due on February
22 22, 2024, but Defendants were informed that Dr. Grewal's office
23 has no records of Plaintiff. Defendants have still not received
24 the records as of the date of this filing and understand that
25 Plaintiff is attempting to facilitate release of these records.
26 The extensions requested in this Stipulation are necessary to
27 allow adequate time for Defendants' rebuttal expert(s) to review
28 Dr. Grewal's records and prepare their report(s) before the

deadline for disclosure of rebuttal experts and production of rebuttal experts' reports, and before the deadline for completion of all discovery.

Based on the above, the Parties stipulate that:

1. The deadline for Defendants' disclosure of rebuttal experts and production of rebuttal experts' reports under Fed. R. Civ. P. 26(a)(2) shall be continued from March 1, 2024, to April 1, 2024, which may be subject to potential further extension if Defendants do not timely receive the necessary and relevant medical records at issue as explained above and as stipulated by the Parties.

2. The deadline for completion of all discovery, including resolution of any discovery disputes, shall be continued from March 29, 2024, to April 29, 2024.

SO STIPULATED AND AGREED.

**SIGNATURE CERTIFICATION**

It is attested that all signatories listed below and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing, including the use of /s/ electronic signatures.

DATED:  February 29, 2024                HANSON BRIDGETT LLP

By:   /s/ *Kendall C. Fisher-Wu*
DOROTHY S. LIU
KENDALL C. FISHER-WU
*Attorneys for Defendants*
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC and CEMEX, INC.

DATED:   February 29, 2024          CLAYEO C. ARNOLD, PC

                                     By:    /s/ *Joshua H.Watson*
                                            JOSHUA H. WATSON
                                            *Attorneys for Plaintiff*
                                               Brian Brown

**ORDER**

The Court having reviewed the Parties' joint Stipulated Protective Order and finding good cause therefor:

1. The deadline for Defendants' disclosure of rebuttal experts and production of rebuttal experts' reports under Fed. R. Civ. P. 26(a)(2) is continued from March 1, 2024, to April 1, 2024, which may be subject to potential further extension if Defendants do not timely receive the necessary and relevant medical records at issue as stipulated by the Parties.

2. The deadline for completion of all discovery, including resolution of any discovery disputes, is continued from March 29, 2024, to April 29, 2024.

**IT IS SO ORDERED.**

DATED: March 8, 2024         /s/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE