HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
KENDALL C. FISHER-WU, SBN 322155
kfisher-wu@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:     (916) 442-3333
Facsimile:     (916) 442-2348

*Attorneys for Defendants*
CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC and CEMEX, INC.

Joshua H. Watson SBN 238058
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
jwatson@justice4you.com

Attorneys for Plaintiff
Brian Brown

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CEMEX, INC.; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; and DOES 1 to 10,<br><br>    Defendants. | No. 2:22-cv-2128 WBS DB<br><br>**JOINT STIPULATION AND ORDER FOR LIMITED EXTENSION OF DEADLINE TO HEAR DISCOVERY-RELATED MOTIONS** |

1    IT IS HEREBY STIPULATED AND AGREED by and between Defendants
2 CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC and CEMEX, INC.
3 ("Defendants") and Plaintiff BRIAN BROWN ("Plaintiff")
4 (collectively, the "Parties") by and through their respective
5 attorneys of record, to continue the last day for a discovery-
6 related motion to be heard from April 29, 2024, to May 29, 2024
7 <u>only as to</u> (1) Defendants' potential motion relating to
8 Plaintiff's designation of a rebuttal expert (Dkt No. 20) and (2)
9 Plaintiff's potential cross-motion to amend the Court's
10 Scheduling Order (Dkt. No. 11) only relating to Plaintiff's
11 designation of a rebuttal expert (Dkt No. 20), on the basis of
12 the following, which establishes good cause for the requested
13 continuance:
14    1.   Plaintiff's counsel, Joshua Watson, is out of the
15 office on vacation from April 11, 2024 to April 21, 2024. To
16 accommodate Mr. Watson's schedule and avoid motion practice while
17 he is out of the office, the Parties and their counsel have
18 agreed to the above limited continuance.
19 SO STIPULATED AND AGREED.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**SIGNATURE CERTIFICATION**

It is attested that all signatories listed below and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing, including the use of /s/ electronic signatures.

DATED: April 12, 2024          HANSON BRIDGETT LLP

By: */S/ Kendall Fisher-Wu*
DOROTHY S. LIU
KENDALL C. FISHER-WU
*Attorneys for Defendants*
CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC and CEMEX, INC.

DATED: April 12, 2024          CLAYEO C. ARNOLD, PC

By: */S/ Joshua Watson*
JOSHUA H. WATSON
*Attorneys for Plaintiff*
BRIAN BROWN

**ORDER**

The Court having reviewed the Parties' joint Stipulation for Limited Extension of Deadline to Hear Discovery-Related Motions, and finding good cause therefor:

1. The last day for a discovery-related motion to be heard from April 29, 2024, to May 29, 2024 only as to (1) Defendants' potential motion relating to Plaintiff's designation of a rebuttal expert (Dkt No. 20) and (2) Plaintiff's potential motion to amend the Court's Scheduling Order (Dkt. No. 11) only relating to Plaintiff's designation of a rebuttal expert (Dkt No. 20), is extended from March 29, 2024, to April 29, 2024.

**IT IS SO ORDERED.**

DATED: April 15, 2024        /s/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE