1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7                         ----oo0oo----

8

9    BRIAN BROWN,                        No. 2:22-cv-02128 WBS DB

10              Plaintiff,

11        v.                             ORDER

12   CEMEX, INC.; CEMEX CONSTRUCTION
     MATERIALS PACIFIC, LLC; and
13   DOES 1 to 10,

14              Defendants.

15

16                        ----oo0oo----

17        Plaintiff has filed a motion to preclude or limit the

18   trial testimony of defense expert Julia A. Armstrong pursuant

19   Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579

20   (1993), and has noticed the hearing on the motion for June 24,

21   2024.  (Docket No. 26.)  The hearing on this motion is hereby

22   CONTINUED to September 24, 2024, the first day of trial, at 9:00

23   a.m., as it is this court's usual practice to resolve such

24   Daubert motions at the time of trial.

25        IT IS SO ORDERED.

26   Dated:  June 4, 2024

27                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

28

                                    1