UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BROWN, | No. 2:22-cv-2128 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| CEMEX INC.; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, | |
| Defendants. | |

On May 14, 2024, defendants filed a motion for discovery related sanctions but incorrectly noticed it for hearing before the assigned District Judge. (ECF Nos. 28, 32.) On May 21, 2024, defendants re-noticed the motion for hearing before the undersigned on June 21, 2024, pursuant to Local Rule 302(c)(1). (ECF No. 37.) On June 14, 2024, plaintiff filed an opposition. (ECF No. 43.)

As noted by plaintiff's opposition, the "last day for a discovery-related motion to be heard" was May 29, 2024. (ECF No. 23 at 4.) Defendants' motion is untimely and will, therefore, be denied without prejudice to renewal. In the event discovery in this action is reopened, defendants may re-notice the motion for hearing before the undersigned.[1]

---

[1] Although the Pretrial Scheduling Order permits the undersigned to modify deadlines, it is not clear that it permits the undersigned to reopen a previously closed deadline. Nor is it clear the

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' May 14, 2024 motion for sanctions (ECF No. 28) is denied without prejudice to renewal; and

2. The June 21, 2024 hearing is vacated.

Dated:  June 18, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/brown2128.sanctions.untimely.ord

---

undersigned could do so without altering the September 24, 2024 trial date.  Moreover, the parties have not addressed the issue of reopening discovery in their briefing.

2